# United States District Court
# For The Western District of North Carolina
# Charlotte Division

MONTAVIUS A. JOHNSON-EL,

       Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                          3:09-cv-102

ROY COOPER, et al,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 29, 2009 Order.

Signed: June 29, 2009

Frank G. Johns, Clerk
United States District Court